The court not being authorized to treble the damages, its judgment, in so far as it trebled the same, is clearly erroneous; and the judgment must be modified by striking therefrom the excess of the damages, over and above those found by the jury. The question as to what judgment should be rendered by the court is to be determined by the pleadings, verdict, and the law applicable thereto, and that question can be reviewed in this court upon the record independently of any bill of exceptions. We have examined with great care the errors which are claimed by appellants as entitling them to a new trial and which are discussed by their counsel in his brief; but, after such examination, we are of the opinion that no reversible error has been shown, and, without discussing each error separately, it must suffice to say that we discover no sufficient grounds for reversing the order denying a new trial.

The case is therefore remanded to the circuit court, with direction that the judgment appealed from be modified in conformity with this opinion, with costs to appellant.

---

ANDERSON v. LAMBERT, County Treasurer et al.

(Opinion filed, May 29, 1907.)

Appeal from Circuit Court, Potter County. Hon. LORING E. GAFFY, Judge.

Action by L. Anderson against J. L. Lambert, as county treasurer, and another. From a judgment for defendants, plaintiff appeals. Affirmed.

*A. L. Ellis, A. Gunderson*, and *Murtha & O'Keeffe*, for appellant. *Robert B. Fisk,* for respondents.

PER CURIAM. The questions presented by this appeal are the same as those determined in Moody v. Lambert, 18 S. D. 572, 101 N. W. 717. For the reasons stated therein, the judgment of the circuit court is affirmed.

CORSON, J., not sitting.